No. 72–370.  MARCUS ET AL. v. NEW YORK, *ante*, p. 1027;

No. 72–373.  TEXAS EASTERN TRANSMISSION CORP. v. BENSON, COMMISSIONER OF REVENUE, *ante*, p. 1003;

No. 72–374.  SWARTHOUT v. OLUND, *ante*, p. 1008;

No. 72–381.  BASYAP, INC., ET AL. v. DISTRICT OF COLUMBIA REDEVELOPMENT LAND AGENCY ET AL., *ante*, p. 1008;

No. 72–447.  HUTTER ET UX. v. CITY OF CHICAGO, *ante*, p. 1024;

No. 72–5064.  REILLY v. CAULDWELL-WINGATE CO., INC., ET AL., *ante*, p. 882;

No. 72–5097.  RICHERSON v. UNITED STATES, *ante*, p. 883;

No. 72–5337.  NIX v. UNITED STATES, *ante*, p. 1013;

No. 72–5342.  HOUP v. UNITED STATES, *ante*, p. 1011; and

No. 72–5394.  HITCHCOCK v. GOMES, WARDEN, *ante*, p. 1026.  Petitions for rehearing denied.

No. 71–1235.  CRAIG, COMMISSIONER OF SOCIAL SERVICES, ET AL. v. GILLIARD ET AL., *ante*, p. 807;

No. 71–6719.  BROWN v. UNITED STATES, *ante*, p. 864;

No. 72–55.  MURCH ET AL. v. MOTTRAM, *ante*, p. 41; and

No. 72–5043.  WARRINER v. WISEHEART ET AL., *ante*, p. 881.  Motions for leave to file petitions for rehearing denied.